UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMY PHILLIPS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>*Defendant.* | Civil Action No. 22-277 (JEB) |

## NOTICE OF APPEARANCE

Please note the appearance of Amanda Pescovitz, Assistant Attorney General, as counsel on behalf of the District of Columbia in the above-captioned case.

DATED: April 18, 2022

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

/s/ Amanda C. Pescovitz
AMANDA C. PESCOVITZ [1735780]*
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7495 (phone)
amanda.pescovitz1@dc.gov

*Counsel for Defendant*

---

* Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Fernando Amarillas, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).