UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Case No. 22-cv-0277-JEB |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO ENTER PROTECTIVE ORDER

In support of the Parties' Joint Motion to Enter a Protective Order, they cite and rely upon:

1. Fed. R. Civ. P. 26(c);

2. Fed. R. Evid. 502(d);

3. The reasons in the accompanying Motion;

4. The inherent authority of the Court; and

5. The consent of the Parties.

The Parties move the Court to enter the agreed-upon Protective Order, included in the attached proposed order, governing use of any confidential records and any other confidential information that will be disclosed in this litigation.

| | |
|---|---|
| Date: September 8, 2022. | Respectfully Submitted, |
| /s/ *Anna Hrom*<br>Charles Gerstein (D.C. Bar No. 1033346)<br>GERSTEIN HARROW LLP<br>810 7th St., N.E., Suite 301<br>Washington, DC 20002<br>Telephone: (202) 670-4809<br>charlie@gerstein-harrow.com | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division |

| | |
|---|---|
| Jason Harrow<br>GERSTEIN HARROW LLP<br>3243B S. La Cienega Blvd.<br>Los Angeles, CA 90016<br>Telephone: (323) 744-5293<br>jason@gerstein-harrow.com | */s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Amanda C. Pescovitz* |
| Nicholas G. Gamse (D.C. Bar No. 1018297)<br>Krystal C. Durham (D.C. Bar No. 987768)<br>Anna Hrom (D.C. Bar No. 1657785)<br>WILLIAMS & CONNOLLY LLP<br>860 Maine Ave., S.W.<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>ngamse@wc.com<br>kdurham@wc.com<br>ahrom@wc.com | RICHARD P. SOBIECKI [500163]<br>PAMELA A. DISNEY [1601225]<br>AMANDA PESCOVITZ [1735780]*<br>Assistant Attorneys General<br>Civil Litigation Division<br>400 6th Street, NW<br>Washington, D.C. 20001<br>Phone: (202) 805-7495<br>Email: amanda.pescovitz1@dc.gov<br><br>*Counsel for Defendant* |
| *Counsel for Plaintiff* | |

---

\*     Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).