UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 22-277 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiff's [28] Motion to Amend/Correct Complaint is GRANTED IN PART and DENIED IN PART;

2. Plaintiff shall file an Amended Complaint including the amendments in paragraphs 1 through 98 of the proposed Amended Complaint by September 5, 2023; and

3. Defendant shall have until September 19, 2023, to respond to the Amended Complaint.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: August 30, 2023

1