AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Amy Phillips | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-277 (JEB) |
| District of Columbia | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Amy Phillips.

Date:   9/25/23

/s/ Michael Linhorst
*Attorney's signature*

Michael Linhorst (Bar No. 90011127)
*Printed name and bar number*

Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, DC 20024
*Address*

mlinhorst@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*