UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 1:22-cv-00277-JEB |

## UNOPPOSED DEFENDANT'S MOTION TO SEAL DOCUMENT

At the request of Plaintiff Amy Phillips and non-party Vendette Parker, Defendant District of Columbia (the District) moves to seal its opposition [48] to Plaintiff's Motion to Compel [47]. Fed. R. Civ. P. 5.2(d); LCvR 5.1(h). The District has attached a redacted version of its opposition for filing on the public docket. *See* Ex. 1.

Pursuant to Local Civil Rule 7(m), counsel for the District conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested relief. A supporting memorandum of points and authorities and a proposed order are attached.

Date: October 31, 2023.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]

MATEYA B. KELLEY [888219451]
ADAM J. TUETKEN [242215]
AMANDA C. PESCOVITZ [1735780][1]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendant*

---

[1] Admitted to the Bar under D.C. App. R. 46-A (Emergency Examination Waiver). Practicing under the direct supervision of Matthew Blecher, a member of the D.C. Bar, pursuant to D.C. App. R. 46-A(d)(2).

2