UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMY PHILLIPS,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No. 1:22-cv-00277-JEB |

## ORDER

Upon consideration of Defendant's Motion to Seal Document, and the entire record, it is:

(1) **ORDERED** that the Motion is **GRANTED**;

(2) Defendant's opposition [48] to Plaintiff's motion to compel [47] shall be placed under seal; and

(3) Defendant's redacted opposition to Plaintiff's motion to compel shall be docketed.

**SO ORDERED**.

Dated: _____    _____
THE HONORABLE JAMES E. BOASBERG
Chief Judge, United States District Court
    for the District of Columbia