| | |
|---|---|
| **From:** | jecindc <jecindc1@gmail.com> |
| **Sent:** | Monday, October 16, 2023 2:57 PM |
| **To:** | Sobiecki, Richard (OAG); Vendette Parker; Durham, Krystal C.; WilliamsConnolly; Gamse, Nicholas; Kelley, Mateya (OAG); Hrom, Anna |
| **Subject:** | Designated confidential information during the deposition of Vendette Parker |

Rich

   Pursuant to the protective order entered in the matter of Phillips v. the District of Columbia and as counsel for Inspector Parker, I designated portions of Ms. Parker's recent deposition as confidential.  The designation was made on September 29, 2023 within ten days of Ms. Parker's deposition.  There was never a de-designation of the confidential information.  On October 06, 2023 in a court filing opposing the plaintiff's motion to compel discovery, your office under your signature, made reference in the opposition to the information previously designated as confidential.  More specifically, you stated in the opposition that Ms. Parker ████████████████████████████████████████████████████████████████████████████  Again, I clearly designated this information as confidential.  The designation preceded the filing of the opposition.  It appears that the designation was completely ignored by your office and the opposition was not filed under seal as required by the protective order.

   I am quite concerned by this development following the deposition of my client and corrective action is in order.  Also, in the opposition filed, your office made misleading and inaccurate statements in the recitation of the deposition of Inspector Parker.  In the opposition, my client is described as disgruntled and one who tried to employ members of the media to wage a campaign against MPD and then Chief Newsham in particular.  These assertions are false and should have been known by your office to be false when preparing the opposition.  Ms. Parker's testimony during her deposition was clear and unequivocal on this issue.  She testified under oath that she was not disgruntled and in fact was never engaged in some sort of campaign against MPD or Chief Newsham.  In fact, during the operative time period, she was quite busy obtaining a law degree while simultaneously working at MPD.  She had neither the time nor the inclination to wage any sort of campaign against MPD and testified to as much during her deposition.

   Again, these developments are quite troubling.  Kindly contact me to discuss what corrective action can be taken to address the issues contained herein.  Thank you.

John E. Carpenter
Attorney at Law
800 Connecticut Avenue NW  Suite 300
Washington, D.C.  20006
202-997-3377

| | |
|---|---|
| **From:** | Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov> |
| **Sent:** | Friday, October 27, 2023 7:20 AM |
| **To:** | Gamse, Nicholas; Hrom, Anna; Kelley, Mateya (OAG); Tuetken, Adam (OAG); Pescovitz, Amanda (OAG); jecindc |
| **Cc:** | Durham, Krystal C.; Linhorst, Michael; Fleurmont, Jean Ralph; Austin, Perry; Charlie Gerstein |
| **Subject:** | Re: Phillips v. DC - confidential information on public docket |

We plan to file today. Could you confirm plaintiff's lack of opposition? Thanks.

---

**From:** Gamse, Nicholas <NGamse@wc.com>
**Sent:** Thursday, October 26, 2023 10:17:48 PM
**To:** Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Hrom, Anna <Ahrom@wc.com>; Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; jecindc <jecindc1@gmail.com>
**Cc:** Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>
**Subject:** RE: Phillips v. DC - confidential information on public docket

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).


Rich,

It has been three weeks since we alerted the district to this improper disclosure, which remains uncorrected. When do you plan to circulate the sealing motion you proposed?

And it has been more than two weeks since we sent the questions below. Would you please let us know the answers so we understand what you have actually designated, and what we can share with our client?

Nick


From: Gamse, Nicholas <NGamse@wc.com<mailto:NGamse@wc.com>>
Date: Tuesday, Oct 10, 2023 at 5:58 PM
To: Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov<mailto:Richard.Sobiecki@dc.gov>>, Hrom, Anna <Ahrom@wc.com<mailto:Ahrom@wc.com>>, Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov<mailto:Mateya.Kelley@dc.gov>>, Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov<mailto:Adam.Tuetken@dc.gov>>, Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov<mailto:Amanda.Pescovitz1@dc.gov>>, jecindc <jecindc1@gmail.com<mailto:jecindc1@gmail.com>>
Cc: Durham, Krystal C. <KDurham@wc.com<mailto:KDurham@wc.com>>, Linhorst, Michael <mlinhorst@wc.com<mailto:mlinhorst@wc.com>>, Fleurmont, Jean Ralph <jfleurmont@wc.com<mailto:jfleurmont@wc.com>>, Austin, Perry <paustin@wc.com<mailto:paustin@wc.com>>, Charlie Gerstein <charlie@gerstein-harrow.com<mailto:charlie@gerstein-harrow.com>>
Subject: RE: Phillips v. DC - confidential information on public docket

Rich,

That is an erroneous interpretation.  Apart from Ms. Parker's interests, Ms. Phillips has an interest in the orderly administration of the Protective Order.  In addition, we need to understand what documents and testimony are confidential for future use in the case.  So, a couple questions for you:

  1. Can you point us to any place in the non-confidential record where there is support for the statement that Ms. Parker ███████████████████████████████████████████████████████████████████? If not, how is the District's filing compliant with its obligations under the Protective Order?

  1. Should we understand that, based on the District's filing, it is waving its own confidentiality designation from the Parker deposition?  If not, please clarify exactly what portions of the Parker transcript are designated confidential by the District.

Thanks,

Nick

From: Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>
Sent: Tuesday, October 10, 2023 5:22 PM
To: Hrom, Anna <Ahrom@wc.com>; Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; jecindc <jecindc1@gmail.com>
Cc: Gamse, Nicholas <NGamse@wc.com>; Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>
Subject: RE: Phillips v. DC - confidential information on public docket

Counsel,

We understand your email to be raising concerns on behalf of Insp. Parker.  We have taken your email under advisement.

Thanks.

From: Hrom, Anna <Ahrom@wc.com<mailto:Ahrom@wc.com>>
Sent: Friday, October 6, 2023 6:05 PM
To: Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov<mailto:Richard.Sobiecki@dc.gov>>; Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov<mailto:Mateya.Kelley@dc.gov>>; Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov<mailto:Adam.Tuetken@dc.gov>>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov<mailto:Amanda.Pescovitz1@dc.gov>>; jecindc <jecindc1@gmail.com<mailto:jecindc1@gmail.com>>
Cc: Gamse, Nicholas <NGamse@wc.com<mailto:NGamse@wc.com>>; Durham, Krystal C. <KDurham@wc.com<mailto:KDurham@wc.com>>; Linhorst, Michael <mlinhorst@wc.com<mailto:mlinhorst@wc.com>>; Fleurmont, Jean Ralph <jfleurmont@wc.com<mailto:jfleurmont@wc.com>>; Austin, Perry <paustin@wc.com<mailto:paustin@wc.com>>; Charlie Gerstein <charlie@gerstein-harrow.com<mailto:charlie@gerstein-harrow.com>>
Subject: Phillips v. DC - confidential information on public docket
Importance: High

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov<mailto:phishing@dc.gov> for additional analysis by OCTO Security Operations Center (SOC).

Counsel:

We are concerned that the District's filing this evening (attached) appears to have violated the Protective Order.

The District's filing alleges that Ms. Parker ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Both the District and Ms. Parker designated testimony in connection with this allegation Confidential under the Protective Order.  See, e.g., J. Carpenter September 29, 2023 Email.  In addition, the text messages that the District has associated with this allegation were designated Confidential under the Protective Order by Ms. Parker.  We are not aware that this testimony, or the related documents, were ever de-designated.  As you are no doubt aware, Section VI.B of the Protective Order states that any memorandum "purporting to discuss, reproduce, summarize or paraphrase any such CONFIDENTIAL INFORMATION shall be filed under seal."

Please take immediate corrective action pursuant to Section III(C) of the Protective Order to withdraw the filing and file it under seal.

Best regards,
Anna Hrom

Anna J. Hrom
Williams & Connolly LLP
680 Maine Avenue SW, Washington, DC 20024
202-434-5296 | vCard<https://www.wc.com/Attorneys/Anna-J-Hrom.vcf>
https://www.wc.com/Attorneys/Anna-J-Hrom
She, Her, Hers

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

| | |
|---|---|
| **From:** | Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov> |
| **Sent:** | Thursday, February 15, 2024 9:08 AM |
| **To:** | jecindc |
| **Cc:** | Kelley, Mateya (OAG); Sobiecki, Richard (OAG); Pescovitz, Amanda (OAG); Hrom, Anna; Gamse, Nicholas; Durham, Krystal C.; Linhorst, Michael; Fleurmont, Jean Ralph; Austin, Perry; Charlie Gerstein; Jason Harrow |
| **Subject:** | Phillips v. DC - confidentiality designations |
| **Attachments:** | Re: Phillips v DC: subpoena for V. Parker (9/21/2023) |

Good morning Mr. Carpenter,

I hope you have been well. In *Phillips v. D.C.*, you previously requested that portions of Vendette Parker's deposition transcript be marked confidential. The District intends to file those portions of the transcript with its motion for summary judgment, due tomorrow. Accordingly, by no later than noon Eastern time tomorrow, please let us know whether you intend to stand on your confidentiality request and what your specific bases for doing so are.

Thank you,
Adam

Adam J. Tuetken
Assistant Attorney General
Equity Section, Civil Litigation Division
Office of the Attorney General for the District of Columbia
400 6th Street NW, Suite 10100
Washington, DC 20001
202-735-7474
adam.tuetken@dc.gov

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

| | |
|---|---|
| **From:** | jecindc <jecindc1@gmail.com> |
| **Sent:** | Friday, September 29, 2023 5:10 PM |
| **To:** | Kelley, Mateya (OAG) |
| **Cc:** | Sobiecki, Richard (OAG); Tuetken, Adam (OAG); Pescovitz, Amanda (OAG); Gamse, Nicholas; Durham, Krystal C.; Vendette Parker |
| **Subject:** | Re: Phillips v DC: subpoena for V. Parker (9/21/2023) |

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Counsel

I am writing to advise you that my client requests that the portion of her recent deposition in which she discussed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was entered into the record be deemed confidential. She makes a similar request to that part of the deposition that discussed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Should you have any questions or concerns regarding this request, please contact me.

John E. Carpenter
Attorney at Law
800 Connecticut Avenue NW  Suite 300
Washington, D.C.  20006
202-997-3377

On Thu, Sep 14, 2023 at 4:34 PM Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov> wrote:

> Dear Mr. Carpenter, please find attached a notice of deposition for Ms. Parker on the previously agreed upon date, September 21, 2023.  This subpoena directs the witness to attend at the Office of the Attorney General for the District of Columbia.  We are currently agreeing to hold the deposition at the office of Plaintiff's counsel at Williams & Connolly, but we reserve our right to require her attendance at our office.  We are willing and able to pay the witness fee electronically if you can provide us with payment details for a receiving account.  Plaintiff's counsel has already been provided with notice and a copy of this subpoena and are copied here as well.
>
> Best,
>
> Mateya
>
> Mateya B. Kelley
>
> Assistant Attorney General
>
> Equity Section

2

Public Interest Division

Office of the Attorney General for the District of Columbia

400 Sixth Street, N.W., Suite 10100

Washington, D.C. 20001

mateya.kelley@dc.gov

(202) 724-7854  (Phone)

(202) 730-0626  (Fax)

| | |
|---|---|
| **From:** | Hrom, Anna |
| **Sent:** | Tuesday, February 20, 2024 11:41 AM |
| **To:** | 'Tuetken, Adam (OAG)'; jecindc |
| **Cc:** | Kelley, Mateya (OAG); Sobiecki, Richard (OAG); Pescovitz, Amanda (OAG); Gamse, Nicholas; Durham, Krystal C.; Linhorst, Michael; Fleurmont, Jean Ralph; Austin, Perry; Charlie Gerstein; Jason Harrow; Vendette Parker |
| **Subject:** | RE: Phillips v. DC - confidentiality designations |

Counsel:

We object to your mischaracterizations of the Protective Order.

Mr. Carpenter notified all other parties in writing of his intention to designate portions of Vendette Parker's deposition, pursuant to section V.B.  Accordingly, those portions of the deposition are confidential under the Protective Order.

If the District wishes to challenge Mr. Carpenter's confidentiality designations, it may do so pursuant to the procedures in sections II.D. and IV.B.  Your suggestion that Mr. Carpenter must file his own motion to seal by tomorrow is totally baseless, and in fact contradicts the directions given in the Court's Protective Order.

The District cannot file material designated confidential without either consent of the designating party or an Order of the Court.

Best regards,
Anna Hrom

**Anna J. Hrom**
**Williams & Connolly LLP**
202-434-5296  |  ahrom@wc.com

**From:** Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov>
**Sent:** Friday, February 16, 2024 5:42 PM
**To:** jecindc <jecindc1@gmail.com>
**Cc:** Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; Hrom, Anna <Ahrom@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>; Jason Harrow <jason@gerstein-harrow.com>; Vendette Parker
**Subject:** RE: Phillips v. DC - confidentiality designations

Mr. Carpenter,

It is now close of business, and we still do not have an explanation from you about the confidentiality designation discussed below.  As you said earlier, you made this designation months ago, so you should already have had a reason for it.

Moreover, your confidentiality designation was not valid.  Per paragraph II.D of the Protective Order, you were required to direct the court reporter to designate portions of the transcript as confidential.  You did not.

1

Nonetheless, as a courtesy and given the hour, we will proceed as follows: The District will soon file a brief that redacts its short discussion of the material you had intended to mark as confidential, and we will not include those portions of Insp. Parker's deposition with our exhibits. However, we will note to the Court that Insp. Parker's counsel intended to but did not validly designate the redacted material as confidential. If counsel intends to keep the material confidential, he will file a motion to seal by Wednesday, Feb. 21. If he does not, the District will file unredacted versions of its materials.

Thank you,
Adam

**From:** Tuetken, Adam (OAG)
**Sent:** Friday, February 16, 2024 12:12 PM
**To:** jecindc <jecindc1@gmail.com>
**Cc:** Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; Hrom, Anna <Ahrom@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>; Jason Harrow <jason@gerstein-harrow.com>; Vendette Parker ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Phillips v. DC - confidentiality designations

Mr. Carpenter,

We are happy to redact your client's personal phone, email address, and home address, although you previously did not designate such information as confidential according to the procedures outlined by the Protective Order. We are also happy to redact deposition testimony about ▮▮▮▮▮▮▮▮▮▮

However, as to your client's testimony about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ you have not provided a basis for designating that material confidential. Your response below only refers to your and Plaintiff's desire to keep personal identification information confidential. Such an interest is irrelevant to the portion of your client's testimony regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as that testimony does not discuss personal identification information. Please provide a basis supported by a specific provision in the Protective Order for marking this portion of Ms. Parker's testimony confidential.

Thank you,
Adam

**From:** jecindc <jecindc1@gmail.com>
**Sent:** Friday, February 16, 2024 11:30 AM
**To:** Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov>
**Cc:** Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; Hrom, Anna <Ahrom@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>; Jason Harrow <jason@gerstein-harrow.com>; Vendette Parker ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Phillips v. DC - confidentiality designations

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Counsel

   In response to your email my client Vendette Parker agrees with and adopts the response provided by plaintiff's counsel in connection with various documents you intend to file with the court in support of your motion for summary judgment.    It is our view that there exists no legal justification for disclosing  any personal information of Ms. Parker, including but not limited to her personal email address, her personal phone numbers or her personal home address.  We take the same position concerning the individuals that Ms. Parker alluded to during her deposition testimony, particularly ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ she testified about and referred to during the deposition.  Further, you are correct that we previously designated parts of Ms. Parker's deposition to be confidential and we stand by that designation.  I note that we have not retracted or withdrawn the designation since it was first made some months ago of which you are aware. Accordingly, we request that any and all personal information and that designated as confidential be redacted prior to any filing with the court.  See *Sourgoutias v. United States Capitol Police* 2018 WL 4680206 (2018).  Finally,  I note that you provided us less than 27 hours to respond to our inquiry.

John E. Carpenter
Attorney at Law
800 Connecticut Avenue NW  Suite 300
Washington, D.C.  20006
202-997-3377 .

On Thu, Feb 15, 2024 at 9:07 AM Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov> wrote:

> Good morning Mr. Carpenter,
>
> I hope you have been well.  In *Phillips v. D.C.*, you previously requested that portions of Vendette Parker's deposition transcript be marked confidential.  The District intends to file those portions of the transcript with its motion for summary judgment, due tomorrow.  Accordingly, by no later than noon Eastern time tomorrow, please let us know whether you intend to stand on your confidentiality request and what your specific bases for doing so are.
>
> Thank you,
>
> Adam
>
> Adam J. Tuetken
>
> Assistant Attorney General
>
> Equity Section, Civil Litigation Division
>
> Office of the Attorney General for the District of Columbia
>
> 400 6th Street NW, Suite 10100

3

Washington, DC 20001

202-735-7474

adam.tuetken@dc.gov

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

4

| | |
|---|---|
| **From:** | Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov> |
| **Sent:** | Thursday, February 22, 2024 4:57 PM |
| **To:** | jecindc; Vendette Parker |
| **Cc:** | Kelley, Mateya (OAG); Sobiecki, Richard (OAG); Pescovitz, Amanda (OAG); Hrom, Anna; Gamse, Nicholas; Durham, Krystal C.; Linhorst, Michael; Fleurmont, Jean Ralph; Austin, Perry; Charlie Gerstein; Jason Harrow; Vendette Parker |
| **Subject:** | RE: Phillips v. DC - confidentiality designations |

Mr. Carpenter, I am afraid you are mistaken in a few ways.  First, you did not designate portions of Ms. Parker's deposition transcript confidential in accordance with paragraph II.D because you did not contact the court reporter to affix a confidentiality designation to the portions of the transcript you wanted confidential.  There simply is no "confidential"-stamped version of Ms. Parker's transcript, so there is no valid confidentiality designation.  Second, the District was not required to raise an objection to your faulty designation because there is no designation to speak of.  In any event, challenges to a confidentiality designation can be made "at any stage."  Order ¶ IV.A.  Finally, as to your newly requested confidentiality designations, the protective order applies to "discovery material," not statements in a brief or SUMF.  *Id.* ¶ I.A.  If you meant that you want the discovery material cited in those portions of the brief and SUMF as confidential, then you are too late because those designations must have been made at the time of production or within 10 days of the deposition.

Anna, as we have said before, confidentiality issues with Ms. Parker's deposition are her issues to assert, not Plaintiff's.

We have in good faith considered both of your perspectives.  Unfortunately, nothing that has been said changes the fact that the procedure outlined in paragraph II.D (to which, Anna, paragraph V.B refers) was not followed, and there is no "confidential"-marked version of Ms. Parker's transcript.  (To be sure, there is one portion that is marked confidential, but that is a portion the District marked, by following the correct procedure.)  Accordingly, the District will proceed as it represented to the Court and file the full version of Ms. Parker's transcript, minus the pages properly designated by the District as confidential.

Best,
Adam

---

**From:** jecindc <jecindc1@gmail.com>
**Sent:** Wednesday, February 21, 2024 11:21 AM
**To:** Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov>; Vendette Parker <muminvendette@gmail.com>
**Cc:** Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; Hrom, Anna <Ahrom@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>; Jason Harrow <jason@gerstein-harrow.com>; Vendette Parker
**Subject:** Re: Phillips v. DC - confidentiality designations

1

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

All counsel for the defendant:

Pursuant to the protective order entered into by the parties in this matter, my client designated certain portions of her deposition testimony confidential in accordance with section I D. of the protective order.  As has been previously stated, this designation was made some months ago.  I note that no objections or challenge were raised by your client the District of Columbia when the designation was asserted by Ms. Parker.  Moreover, my client has not withdrawn the designation.  The protective order further provides that previously designated confidential information does not lose its designation if that information is subsequently filed with the court. (See Section VI. A. of the protective order).  One day prior to making a court filing in which previously  designated confidential information is included, you inquired if my client still stands by her prior confidential designation.  We responded in the affirmative.

Your failure to object to the designation at the time it was made, renders it unnecessary for my client to now have to provide a justification or basis for the designation.  Put another way, you are a little late and a dollar short. Having said that, the prior designations were made pursuant to Section I. A. 4 of the protective order.  With this as background and after reviewing the court filing, we designate the following portions of the court filing as confidential pursuant to the prior designation and under the protective order.   Thus, they should be treated accordingly by your office.  Those portions are as follows:

1. Page 8 of the motion first paragraph lines 3-6;
2. Paragraph 19 of the SUMF;
3. Paragraph 22 of the SUMF;
4. Paragraph 161 of the SUMF;
5. Paragraph 162 of the SUMF;
6. Paragraph 188 of the SUMF.

Finally, please be advised that if your client chooses to ignore or not abide by my client's confidential designations and in so doing violate the protective order, she will avail herself of any and all legal remedies available to her.  Hopefully that will not be necessary.

John E. Carpenter
Attorney at Law
800 Connecticut Avenue NW  Suite 300
Washington, D.C.  20006
202-997-3377

Attorney for Vendette Parker


On Fri, Feb 16, 2024 at 12:12 PM Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov> wrote:

> Mr. Carpenter,

We are happy to redact your client's personal phone, email address, and home address, although you previously did not designate such information as confidential according to the procedures outlined by the Protective Order.  We are also happy to redact deposition testimony about ▓▓▓▓▓▓▓▓.

However, as to your client's testimony about ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ you have not provided a basis for designating that material confidential.  Your response below only refers to your and Plaintiff's desire to keep personal identification information confidential.  Such an interest is irrelevant to the portion of your client's testimony regarding disclosing confidential information, as that testimony does not discuss personal identification information.  Please provide a basis supported by a specific provision in the Protective Order for marking this portion of Ms. Parker's testimony confidential.

Thank you,

Adam

**From:** jecindc <jecindc1@gmail.com>
**Sent:** Friday, February 16, 2024 11:30 AM
**To:** Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov>
**Cc:** Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; Hrom, Anna <Ahrom@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>; Jason Harrow <jason@gerstein-harrow.com>; Vendette Parker ▓▓▓▓▓▓▓▓
**Subject:** Re: Phillips v. DC - confidentiality designations

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Counsel

   In response to your email my client Vendette Parker agrees with and adopts the response provided by plaintiff's counsel in connection with various documents you intend to file with the court in support of your motion for summary judgment.   It is our view that there exists no legal justification for disclosing  any personal information of Ms. Parker, including but not limited to her personal email address, her personal phone numbers or her personal home address.  We take the same position concerning the individuals that Ms. Parker alluded to during her deposition testimony, particularly ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ she testified about and referred to during the deposition.  Further, you are correct that we

previously designated parts of Ms. Parker's deposition to be confidential and we stand by that designation.  I note that we have not retracted or withdrawn the designation since it was first made some months ago of which you are aware. Accordingly, we request that any and all personal information and that designated as confidential be redacted prior to any filing with the court.  See *Sourgoutias v. United States Capitol Police* 2018 WL 4680206 (2018).  Finally,  I note that you provided us less than 27 hours to respond to our inquiry.

John E. Carpenter

Attorney at Law

800 Connecticut Avenue NW  Suite 300

Washington, D.C.  20006

202-997-3377 .

On Thu, Feb 15, 2024 at 9:07 AM Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov> wrote:

> Good morning Mr. Carpenter,
>
> I hope you have been well.  In *Phillips v. D.C.*, you previously requested that portions of Vendette Parker's deposition transcript be marked confidential.  The District intends to file those portions of the transcript with its motion for summary judgment, due tomorrow.  Accordingly, by no later than noon Eastern time tomorrow, please let us know whether you intend to stand on your confidentiality request and what your specific bases for doing so are.
>
> Thank you,
>
> Adam
>
> Adam J. Tuetken
>
> Assistant Attorney General
>
> Equity Section, Civil Litigation Division
>
> Office of the Attorney General for the District of Columbia

400 6th Street NW, Suite 10100

Washington, DC 20001

202-735-7474

adam.tuetken@dc.gov

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

| | |
|---|---|
| **From:** | Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov> |
| **Sent:** | Thursday, February 29, 2024 12:12 PM |
| **To:** | jecindc; Vendette Parker; Vendette Parker |
| **Cc:** | Kelley, Mateya (OAG); Sobiecki, Richard (OAG); Pescovitz, Amanda (OAG); Hrom, Anna; Gamse, Nicholas; Durham, Krystal C.; Linhorst, Michael; Fleurmont, Jean Ralph; Austin, Perry; Charlie Gerstein; Jason Harrow |
| **Subject:** | RE: Phillips v. DC - confidentiality designations |

Mr. Carpenter,

Apologies that I'm just a few minutes behind your deadline, but it was unclear whether you were referring to California time. The District does not consent to your motions. I do not see anything in the rules or Chief Judge Boasberg's orders requiring us to call chambers and "advise it of the intended filing." You will already be unnecessarily taking up the Court's time with your motions, let's not waste any more. File your motions, and we are happy to file briefs in response.

Best,
Adam

---

**From:** jecindc <jecindc1@gmail.com>
**Sent:** Wednesday, February 28, 2024 2:36 PM
**To:** Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov>; Vendette Parker ███████████████; Vendette Parker ███████████████
**Cc:** Kelley, Mateya (OAG) <Mateya.Kelley@dc.gov>; Sobiecki, Richard (OAG) <Richard.Sobiecki@dc.gov>; Pescovitz, Amanda (OAG) <Amanda.Pescovitz1@dc.gov>; Hrom, Anna <Ahrom@wc.com>; Gamse, Nicholas <NGamse@wc.com>; Durham, Krystal C. <KDurham@wc.com>; Linhorst, Michael <mlinhorst@wc.com>; Fleurmont, Jean Ralph <jfleurmont@wc.com>; Austin, Perry <paustin@wc.com>; Charlie Gerstein <charlie@gerstein-harrow.com>; Jason Harrow <jason@gerstein-harrow.com>
**Subject:** Re: Phillips v. DC - confidentiality designations

> **CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Counsel at OAG

   It is my position that your recent conduct violated the protective order in the Phillips matter by choosing to file material on the public docket that my client designated as confidential. Accordingly, I intend to file a motion with the court requesting an order to show cause as to why your client, the District of Columbia, should not be held in civil contempt. I further intend to seek attorney's fees pursuant to the court's inherent authority to award fees and Rule 45. Finally, I will be requesting that the court seal the material until the District follows the normal dispute resolution protocol found in the protective order. Pursuant to the Local Rule, please advise by no later than noon tomorrow the District's position on such a motion. Kindly also provide times this week in which you are available to call the court and advise it of the intended filing.

John E. Carpenter
Attorney at Law

800 Connecticut Avenue NW  Suite 300

Washington, D.C.  20006

202-997-3377

Attorney for Vendette Parker

On Thu, Feb 15, 2024 at 9:07 AM Tuetken, Adam (OAG) <Adam.Tuetken@dc.gov> wrote:

Good morning Mr. Carpenter,

I hope you have been well.  In *Phillips v. D.C.*, you previously requested that portions of Vendette Parker's deposition transcript be marked confidential.  The District intends to file those portions of the transcript with its motion for summary judgment, due tomorrow.  Accordingly, by no later than noon Eastern time tomorrow, please let us know whether you intend to stand on your confidentiality request and what your specific bases for doing so are.

Thank you,

Adam

Adam J. Tuetken

Assistant Attorney General

Equity Section, Civil Litigation Division

Office of the Attorney General for the District of Columbia

400 6th Street NW, Suite 10100

Washington, DC 20001

202-735-7474

adam.tuetken@dc.gov

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not intended to be viewed by a non-client recipient.

3

19