UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMY PHILLIPS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　　　　Defendant. | Civil Action No. 22-277 (JEB) |

**[PROPOSED]**
**ORDER**

　　Upon consideration of the Motion for Order to Show Cause and Other Relief and the Protective Order issued by the Court in this case, and pursuant to Federal Rule of Civil Procedure 45 and the Court's inherent authority, the Court finds that Defendant appears to have violated a clear Order of the Court by (1) filing information designated by a third party as confidential under the Protective Order on the public docket, and (2) failing to follow the dispute resolution procedure for challenges to confidentiality designations.  The Court further finds that Defendant's conduct has imposed an undue burden on Third Party Witness Vendette Parker pursuant to Rule 45.  Accordingly, it is hereby

　　ORDERED that the Clerk of Court shall provisionally seal Defendant's "Errata" filing, ECF No. 55; it is further

　　ORDERED that Defendant shall show cause by March 15, 2024 why it should not be in civil contempt for violating the Protective Order;

　　ORDERED that Third Party Witness Vendette Parker may respond to any filing by Defendant by March 22, 2024; and it is further

ORDERED that Third Party Witness Vendette Parker shall file a petition for reasonable fees and costs pursuant to Rule 45 within 30 days of this Order.

IT IS SO ORDERED.

Dated: _____

_____
James E. Boasberg
United States District Judge