UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMY PHILLIPS,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No. 1:22-cv-00277-JEB |

## JOINT STATUS REPORT

Pursuant to the Court's January 23, 2025 Minute Order, Plaintiff Amy Phillips and Defendant District of Columbia submit this joint status report. The Parties have reached a settlement in principle. Unless this case is not voluntarily dismissed by February 28, 2025, the Parties propose that they submit another joint status report by that date.

Date: January 29, 2025.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON
Assistant Chief, Equity Section

*/s/ Richard P. Sobiecki*
ADAM J. TUETKEN [242215]
MATEYA B. KELLEY [888219451]
RICHARD P. SOBIECKI [500163]

AMANDA C. PESCOVITZ [1735780]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendant*


/s/ *Anna Hrom*
Charles Gerstein (D.C. Bar No. 1033346)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.,
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323)-744-5293

Nicholas G. Gamse (D.C. Bar No. 1018297)
Krystal C. Durham (D.C. Bar No. 987768)
Anna Hrom (D.C. Bar No. 1657785)
Kimberly Broecker (D.C. Bar No. 1697793)
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC  20024
Telephone: (202) 434-5000
ngamse@wc.com
kdurham@wc.com
kbroecker@wc.com
ahrom@wc.com

*Counsel for Plaintiff Amy Phillips*

2