# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMY PHILLIPS,**<br><br>　Plaintiff,<br><br>　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　Defendant. | Civil Action No. 1:22-cv-00277-JEB |

## JOINT STATUS REPORT

　Pursuant to the Court's January 29, 2025 Minute Order, Plaintiff Amy Phillips and Defendant District of Columbia submit this joint status report. The Parties are in the process of finalizing a settlement agreement. Unless this case is not voluntarily dismissed by March 7, 2025, the Parties propose that they submit another joint status report by that date.

| | |
|---|---|
| Date: February 28, 2025. | Respectfully submitted,<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Honey Morton*<br>HONEY MORTON<br>Assistant Chief, Equity Section<br><br>*/s/ Richard P. Sobiecki*<br>ADAM J. TUETKEN [242215]<br>MATEYA B. KELLEY [888219451]<br>RICHARD P. SOBIECKI [500163] |

AMANDA C. PESCOVITZ [1735780]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 805-7512
Email: richard.sobiecki@dc.gov

*Counsel for Defendant*


/s/ *Anna Hrom*
Charles Gerstein (D.C. Bar No. 1033346)
GERSTEIN HARROW LLP
810 7th Street NE, Suite 301
Washington, DC 20002
charlie@gerstein-harrow.com
(202) 670-4809

Jason Harrow
GERSTEIN HARROW LLP
3243B S. La Cienega Blvd.,
Los Angeles, CA 90016
jason@gerstein-harrow.com
(323)-744-5293

Nicholas G. Gamse (D.C. Bar No. 1018297)
Krystal C. Durham (D.C. Bar No. 987768)
Anna Hrom (D.C. Bar No. 1657785)
Kimberly Broecker (D.C. Bar No. 1697793)
WILLIAMS & CONNOLLY LLP
680 Maine Ave., S.W.
Washington, DC  20024
Telephone: (202) 434-5000
ngamse@wc.com
kdurham@wc.com
kbroecker@wc.com
ahrom@wc.com

*Counsel for Plaintiff Amy Phillips*

2